THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. FITTS et al., as Receivers of NEW YORK STEAM COMPANY et al., Appellants, v. JACOB A. CANTOR et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Tax — New York city — tunnels under streets — assessment thereof for taxation confirmed.*

People ex rel. Fitts v. Cantor, 202 App. Div. 194, affirmed.

(Argued October 4, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1922, which affirmed an order of Special Term confirming assessments for taxation for the year 1921 upon property of the relator. The property assessed consisted of tunnels under and across certain streets connecting property owned or used by the relator.

*Joseph Wamsley* for appellants.

*John P. O'Brien,* Corporation Counsel (*William H. King* and *Isaac Phillips* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.